UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.                                  Case No: 5:23-cv-680-WFJ-PRL

MORGAN, J.C. WALKER, RATHEL,
SOSA and DUCKWILER,

    Defendants.
_____/

## ORDER OF TRANSFER

From a review of the Complaint, it appears the alleged events giving rise to the cause of action occurred in the Suwannee Correctional Institution located in Live Oak, Florida. Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is **transferred** to the Jacksonville Division for the Middle District of Florida for all further proceedings. *See also* Local Rule 1.04(a)–(b). The **Clerk** is directed to forward the file to that Division and thereafter close this file.

**DONE AND ORDERED** at Tampa, Florida, on November 27, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Plaintiff, pro se